1142

IN the INTEREST OF:
A.M.D., a Minor

2368 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–51–AP–0000636–2015

Affirmed

IN the INTEREST OF:
A.L.L.D., a Minor

2369 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–51–AP–0000637–2015 (Philadelphia)

Affirmed

COM.

v.

JACKSON, E.

3112 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–46–CR–0003537–2013 (Montgomery)

Affirmed

COM.

v.

CRATER, D., Sr.

1094 MDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–50–CR–0000495–2011 (Perry)

Affirmed

QUIERO, A., Jr.

v.

RIVERA, N.

1174 MDA 2016

Superior Court of Pennsylvania.

04/06/2017

Reargument Denied 6/9/2017

2014-00808 (Lebanon)

Quashed

